IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10776
Conference Calendar

_____

DONNA TOERPER,

                                        Plaintiff-Appellant,

versus

U.S. DEPARTMENT OF HOUSING
& URBAN DEVELOPMENT,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-1005-D
- - - - - - - - - -
April 15, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Donna Toerper appeals from the district court's grant of a
motion for summary judgment in favor of the U.S. Department of
Housing and Urban Development ("HUD") in her civil action for
breach of contract.  Toerper suggests that the court granted
judgment without allowing her to complete discovery.  Although
Toerper had several months to gather evidence and conduct

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

discovery, she presented no evidence to establish a genuine issue of material fact with regard to her claim that HUD breached her mortgage contract in instituting foreclosure proceedings against her home.  See Celotex Corp. v. Catrett, 477 U.S. 317, 322-24 (1986).  The judgment of the district court is AFFIRMED.

AFFIRMED.